**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LINDZY LEMMONS,<br>on behalf of Plaintiff and the class<br>members described herein,<br><br>Plaintiff,<br><br>v.<br><br>MAKES CENTS, INC.,<br>doing business as MaxLend;<br>UETSA TSAKITS, INC.;<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING;<br>CANE BAY PARTNERS VI, LLLP;<br>DIMENSION CREDIT (CAYMAN), L.P.;<br>STRATEGIC LINK CONSULTING, LP;<br>ESOTERIC VENTURES, LLC;<br>INFOTEL INTERNATIONAL LTD.;<br>M. MARK HIGH, LTD.;<br>KIM ANDERSON;<br>JAY CLARK; and DOES 1-20,<br><br>Defendants. | Case No.: 1:22-cv-01455-RLY-TAB<br><br>Judge Richard L. Young<br>Magistrate Judge Tim A. Baker |

**STIPULATION OF DISMISSAL**

Plaintiff, Lindzy Lemmons, and Defendants, Makes Cents, Inc., Uetsa Tsakits, Inc., David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, L.P., Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd., Kim Anderson, and Jay Clark (collectively, “Defendants”), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff’s individual claims with prejudice, with each party to bear their own costs.

Respectfully submitted,

DATED: November 18, 2022

*/s/ Matthew J. Goldstein*
Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN COMBS LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
courtecl@edcombs.com

*Counsel for Plaintiff*

*/s/ Ellen M. Carey* (with consent)
Brian P. O'Meara
Ellen M. Carey
FORDE & O'MEARA LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 399-2377
Email: bomeara@fordellp.com
Email: ecarey@fordellp.com

*Counsel for Cane Bay Partners VI, LLLP, David Johnson, Kirk Michael Chewning, Strategic Link Consulting, L.P., Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd, and Jay Clark*

*/s/ Leonika R. Charging-Davison* (with consent)
Leonika R. Charging-Davison, *pro hac vice*
Nicole E. Ducheneaux, *pro hac vice*
Todd Allin Morman, *pro hac vice*
Big Fire Law & Policy Group LLP
1905 Harney Street, Suite 300
Omaha, NE 68102
Phone: (531) 466-8725
Facsimile: (531) 466-8792
Email: lcharging@bigfirelaw.com
Email: nducheneaux@bigfirelaw.com
Email: tmorman@bigfirelaw.com

*Counsel for Makes Cents, Inc. and Uetsa Tsakits, Inc.*

*/s/ Frank F. Velocci* (with consent)
Frank F. Velocci
Faegre Drinker Biddle & Reath LLP
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7078
Email: frank.velocci@faegredrinker.com

*Counsel for Dimension Credit (Cayman), L.P.*

*/s/ Nicole Strickler* (with consent)
Nicole M. Strickler
Katherine M. Saldanha Olson
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
312 334-3442
Fax: 312 334-3473
Email: nstrickler@messerstrickler.com
Email: kolson@messerstrickler.com

*Counsel for Kim Anderson*

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, hereby certify that on Friday, November 18, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice via email to all counsel of record.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com