## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

LINDZY LEMMONS,
on behalf of Plaintiff and the class
members described herein,

                    Plaintiff,

     v.

MAKES CENTS, INC.,
doing business as MaxLend;
UETSA TSAKITS, INC.;
DAVID JOHNSON;
KIRK MICHAEL CHEWNING;
CANE BAY PARTNERS VI, LLLP;
DIMENSION CREDIT (CAYMAN), L.P.;
STRATEGIC LINK CONSULTING, LP;
ESOTERIC VENTURES, LLC;
INFOTEL INTERNATIONAL LTD.;
M. MARK HIGH, LTD.;
KIM ANDERSON;
JAY CLARK; and DOES 1-20,

                 Defendants.

Case No.: 1:22-cv-01455-RLY-TAB

Judge Richard L. Young
Magistrate Judge Tim A. Baker

**ORDER GRANTING STIPULATION
OF DISMISSAL**

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal, ECF No. 60. The parties have stipulated that Plaintiff's individual claims are to be dismissed with prejudice, with each party to bear their own costs.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Plaintiff's individual claims are dismissed with prejudice, with each party to bear their own costs.

Date: 11/22/2022

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service of this document will be made electronically on all ECF-registered counsel of record via email generated by the Court's CM/ECF system.